IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brown, Curtis K

Printed: 9/9/08

Case Number: 08 B 10654
Judge: Hollis, Pamela S

Filed: 4/29/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,509.20 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 447.54 | 0.00 |
| 4. | Ocwen Loan Servicing LLC | Secured | 15,493.34 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 318.65 | 0.00 |
| 6. | A All Financial | Unsecured | 195.29 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 134.20 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 38.94 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 67.01 | 0.00 |
| 10. | Nuvell Credit Company LLC | Unsecured | 1,330.75 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 683.09 | 0.00 |
| 12. | American General Finance | Unsecured |  | No Claim Filed |
| 13. | Clerk of The Circuit Court (Co | Unsecured |  | No Claim Filed |
| 14. | Cub Foods | Unsecured |  | No Claim Filed |
| 15. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 16. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 18. | Wow Internet | Unsecured |  | No Claim Filed |
| 19. | TCF Bank | Unsecured |  | No Claim Filed |
| 20. | United States Postal Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,218.01 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate                Total Fees

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Curtis K | Case Number: 08 B 10654 |
| | Judge: Hollis, Pamela S |
| Printed: 9/9/08 | Filed: 4/29/08 |

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

